# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| ERIC G. HALBIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-0899-CV-W-DW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 17). The parties have entered into a Settlement Agreement and Release (Doc. 18) and stipulate and agree that the above-captioned cause of action may be dismissed *with* prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-styled action *with* prejudice. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.


Date: June 30, 2006 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court